November 3, 2022

Ashmeen Modikhan
94-22 Magnolia Court
Unit 1B
Ozone Park, NY 11417
Email: aakl123@aol.com
Phone: (718) 869 3384

RCEIVED IN PRO SE
NOV. 3, 2022 @ 11:45 AM
VIA BOX.COM



Judge Eric Komitee
United States District Court,
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Courtroom 6G North
Chambers: (718) 613 2160

Re: Bankruptcy Case No: 19-46591-JMM and Appeal Case No: 1-22-cv-06434-EK

Dear Honorable Judge Erik Komitee,

In my hearing on October 27, 2022, Judge Jill Mazer-Marino granted me leave to appeal her ruling in my Bankruptcy case No: 19-46591-JMM in the Eastern District. I have been Pro Se.

I informed judge Mazer-Marino that I was consulting with a lawyer so she/he can file a strong appeal. The docket states that the deadline to file the appeal is November 3, 2022.

I have spoken with the following lawyers:

1. Mimi Rosenberg
2. Oda Friedheim
3. Douglas Pick

These attorneys explained due to the volume of this case and the matters being appealed they couldn't help me with such a short period of time to have a proper appeal filed. This case began in 2019 and the matters involve allegations of unethical practices by officers of the court knowingly entering fraudulent evidence and giving false testimony. This includes my own former counsel Darren Aronow who was unethical in his representation while committing malpractice. In fact Judge Mazer-Marino granted the right to sue for malpractice.
These attorneys have attempted to deprive me of my two properties and monies from my personal injury lawsuit that stems from my worker's compensation matter that caused my disabilities.

Due to my disabilities, I need assistance. I can't even type due to the injury I sustained to my hand. I am respectfully requesting that the Court grant me reasonable extension so that I can retain one of the lawyers who is willing to take my case provided they are given enough time for the necessary research.

Respectfully,

Ashmeen Modikhan

Date 11/03/2022

1